No. 666. UNITED BROTHERHOOD OF CARPENTERS & JOINERS *v.* UNITED STATES;

No. 667. BAY COUNTIES DISTRICT COUNCIL OF CARPENTERS ET AL. *v.* UNITED STATES;

No. 668. LUMBER PRODUCTS ASSOCIATION, INC. ET AL. *v.* UNITED STATES;

No. 674. ALAMEDA COUNTY BUILDING & CONSTRUCTION TRADES COUNCIL *v.* UNITED STATES; and

No. 675. BOORMAN LUMBER CO. ET AL. *v.* UNITED STATES. January 2, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Joseph O. Carson* and *Charles H. Tuttle* for petitioner in No. 666. *Messrs. Joseph O. Carson, II,* and *Harry N. Routzohn* for petitioners in No. 667. *Mr.*

*Maurice E. Harrison* for petitioners in No. 668. *Messrs. Guy C. Calden* and *Clarence E. Todd* for petitioner in No. 674. *Mr. Morgan J. Doyle* for petitioners in No. 675. *Solicitor General Fahy* for the United States.